IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00541-WYD-MJW

JANICE E. STRAND, et al.,

Plaintiff(s),

v.

MICHAEL WEWERKA,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Amend Minute Order Regarding Settlement, DN 24, filed with the Court on November 25, 2008, is GRANTED.

    It is hereby ORDERED that the Courtroom Deputy is directed to amend the Courtroom Minutes / Minute Order (DN 23), dated November 24, 2008, to reflect that the parties did not agree to a formal confidentiality provision and same shall be withdrawn from the Courtroom Minutes / Minute Order.

Date: December 2, 2008