IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00541-WYD-MJW

JANICE E. STRAND; and
PETER STRAND,

    Plaintiffs,

v.

MICHAEL WEWERKA,

    Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal with Prejudice is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs.

    Dated:  December 12, 2008

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge